# EXHIBIT A

IN THE UNITED STATED DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WILMINGTON SAVINGS FUNDS SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR RMAC TRUST, SERIES 2015-5T, | § § § § § § § § § § § § § § | |
| Plaintiff, | | Civil Action No. 6:18-cv-235 |
| v. | | |
| TOM OWENS and JANET OWENS, | | |
| Defendants. | | |

## DECLARATION OF MARK D. CRONENWETT

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the following statements are true and correct:

1. "My name is Mark D. Cronenwett. I am over the age of 21 years and am fully competent to make this Declaration. All statements of fact made herein are true, correct, and within my personal knowledge.

2. I am an attorney for Plaintiff Wilmington Savings Funds Society, FSB, d/b/a Christiana Trust, not in its Individual Capacity, but Solely as Trustee for RMAC Trust, Series 2015-5T ("Plaintiff" or "Wilmington").

3. Plaintiff filed its *Original Complaint* ("Complaint") in this action on August 9, 2018. (ECF Doc. No. 1.)

4. I am an attorney licensed to practice in the State of Texas and am a member of the bar of the United States District Court for the Western District of Texas. I am currently managing attorney for the litigation department of the law firm of Mackie Wolf Zientz & Mann,

P.C. (MWZM), with offices located in Dallas, Texas and Houston, Texas. I am in good standing with respect to the State Bar of Texas. A true and correct copy of my resume is attached hereto as Exhibit A-1.

5. MWZM was retained by Plaintiff to file this lawsuit to enforce Plaintiff's interest in certain real property as a result of a default of under the loan agreement. The legal professionals of MWZM with whom I worked in providing these services are at all relevant times attorneys licensed by the State of Texas, in good standing and experienced in the areas of business, real estate, and commercial litigation practice. Without waiving the attorney-client privilege, the subject matter of the counsel and representation provided to Plaintiff by MWZM legal professionals included, but was not limited to: review and analysis of the loan documents at issue; review and analysis of the history of this matter; preparation and filing of the original complaint; completing service; drafting a motion to appoint an attorney add litem; multiple conferences with the attorney ad litem; preparing for an attending a status conference with the Court; drafting a request for entry of default; drafting a motion for default judgment; conducting legal research; and multiple conferences with Plaintiff's mortgage servicer regarding all of these items and this matter generally. These activities are set forth in chronological order by name and date on the invoices included with the motion as Exhibit A-2. The hours set forth for each activity were actually expended on the topics stated.

6. The reasonable incurred attorneys' fees are $5,329.50 in filing and prosecuting its Plaintiff's claims to enforce its interest in certain real property as a result of the default of under the loan agreement between the parties. The hourly rate charged is $200.00 per hour for attorneys and $95.00 per hour for paralegals and legal assistants.

7. I have become familiar with the legal services necessary to handle claims based on and the reasonable charges for such legal services in the United States District Court for the Western District of Texas and within the State of Texas.

8 In considering reasonable attorneys' fees in this case, I have considered the time and labor involved; the difficulty of the issues presented; the experience, reputation, and ability of the attorneys involved in pursuing the claims; the skills requisite to properly conduct the case; customary charges of the Bar and awards in similar cases; and the amount in controversy.

9. Based upon my knowledge and experience with similar litigation in the state and federal courts in Texas over the last thirteen years, and applying the facts and factors set out above, it is my opinion that the hourly rate of $200.00 per hour for attorneys and $95.00 per hour for paralegals and legal assistants are reasonable and customary, and the sum of $5,329.50 is reasonable attorneys' fees for prosecuting Plaintiff's claims for the enforcement of its interest in certain real property as a result of a default of under the loan agreement.

9. If any party files post-judgment motion, a reasonable fee for Plaintiff would be $2,500.00. If this case is appealed to the court of appeals, a reasonable fee for the Plaintiff would be an additional $5,000.00. If this case is appealed to the United States Supreme Court, a reasonable fee for the Plaintiff would be an additional $2,500.00.

FURTHER DECLARANT SAYETH NAUGHT."

Signed this 5th day of December, 2018.

_____
**MARK D. CRONENWETT**

# EXHIBIT A-1

# MARK D. CRONENWETT

14160 N. Dallas Parkway, Suite 900 · Dallas, Texas 75254 · (214) 635-2650

| | |
|---|---|
| PROFESSIONAL EXPERIENCE | *Mackie Wolf Zientz & Mann, P.C.*, Dallas, Texas, 10/12-present<br>Practice areas: consumer law, primarily mortgage-lending litigation; general commercial litigation; general insurance defense; and appellate law. My duties include handling all aspects of a litigation practice, including discovery, motion practice and sitting first chair at trial. Another major aspect of my practice involves briefing issues to all Texas appellate courts, both in original proceedings and in the appeal of final judgments. I also have the responsibility of giving work to associate attorneys at the firm and supervising them.<br><br>*Higier Allen & Lautin, P.C.*, Addison, Texas, 1/09-10/12<br>Practice areas: consumer law, primarily mortgage-lending litigation; general commercial litigation; general insurance defense; and appellate law. My duties include handling all aspects of a litigation practice, including discovery, motion practice and sitting first chair at trial. Another major aspect of my practice involves briefing issues to all Texas appellate courts, both in original proceedings and in the appeal of final judgments. I also have the responsibility of giving work to associate attorneys at the firm and supervising them.<br><br>*Cowles & Thompson, P.C.*, Dallas, Texas, 9/99-1/09<br>I was an associate until I was made a Shareholder in December 2000. Practice areas: consumer law, primarily mortgage-lending litigation; general commercial litigation; general insurance defense; and appellate law. My duties include handling all aspects of a litigation practice, including discovery, motion practice and sitting first chair at trial. Another major aspect of my practice involves briefing issues to all Texas appellate courts, both in original proceedings and in the appeal of final judgments. I also have the responsibility of giving work to associate attorneys at the firm and supervising them.<br><br>*Fanning, Harper & Martinson, P.C.*, Dallas, Texas 9/98-9/99<br>I was an associate in the firm's governmental defense section. Practice areas: defense of governmental entities in civil rights and employment cases. My duties included sitting second chair at trial; drafting and answering discovery; drafting and arguing all varieties of motions; drafting appellate briefs; and attending mediations.<br><br>*Kuntz & Bonesio, L.L.P.*, Dallas, Texas 6/97-9/98<br>I was a litigation associate. Practice areas: commercial litigation, general insurance defense, employment law, and insurance subrogation. My duties included sitting second chair at trial; drafting and answering discovery, drafting and arguing all varieties of motions.<br><br>*Texas Court of Appeals, Tenth District*, Waco, Texas, 10/94-6/97<br>I was a briefing attorney for Judge Bob Cummings until July 1996 when I was hired as Judge Cummings' permanent staff attorney. I was the principal legal advisor to Judge Cummings; researched and drafted opinions in complex appeals; consulted with other judges on reconciling differences on the correct application of law; prepared drafts of opinions reconciling differences; led discussions of cases at court conferences; supervised interns and more junior legal staff; and handled the Court's motions docket.<br><br>*Texas Employment Commission*, Austin, Texas 1/94-10/94<br>I was a hearing officer, presiding over administrative hearings concerning unemployment compensation and issued written opinions. |
| EDUCATION | **Juris Doctorate, 5/93**<br>*Catholic University of America*, Washington D.C.<br>Associate Moot Court member, 1/91-5/93<br>Finalist, Dean's Cup Moot Court Competition, 3/91 |

President and Secretary of Guild of Catholic Lawyers, 5/91-5/93

**B.A. in English Literature**, concentrating in Politics, 5/90
*University of Dallas,* Irving, Texas

PROFESSIONAL ASSOCIATIONS

Admitted to Texas State Bar, Fifth Circuit, and all Texas Federal District Courts; Member of the Dallas Bar Association; Consumer Law and Civil Appellate Sections of the Texas Bar; Federal Bar Association; Immediate Past President, St. Thomas More Society; Pro Bono Counsel to White Rose Women's Center

# EXHIBIT A-2

| Invoice Date |
|---|
| 12/05/2018 |

| Invoice Number |
|---|
| DRAFT |

Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

Shellpoint Mortgage Servicing
2020 S. Dairy Ashford #200
Houston, TX 77077

Loan No: ███
Reference:
Property Addr: 117 CLEVELAND
MCGREGOR, TX 76657
Our File: 17-000153-316-2

Loan Type: HEL; Case Type: Litigation

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 11/05/2018 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $200.00 | 0.30 | $60.00 |
| Review new matter | | | | | |
| 11/16/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 1.40 | $280.00 |
| Completed drafting Motion for Default Judgment and Request for Clerk's Entry of Default. | | | | | |
| 11/16/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Gather and prepare exhibits for Motion for Default Judgment | | | | | |
| 11/16/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Finalize Servicemember's Affidavit for filing with Motion for Default Judgment | | | | | |
| 11/16/2018 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $95.00 | 0.30 | $28.50 |
| Telephone conference with court clerk regarding requested correction to the clerk's entry of default; prepare revisions and re-submit. | | | | | |
| 11/16/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Research and obtain military status for Servicermember's Affidavit as exhibit to Motion for Default Judgment | | | | | |
| 11/17/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Prepare correspondence to Defendant to include copies of Motion for Default Judgment | | | | | |
| 11/28/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Prepare payoff request for Transfer Tax Lien(s) | | | | | |
| 11/28/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.20 | $40.00 |
| Reviewed litigation files to assess status of foreclosure and default judgment. | | | | | |

| Date | Description | Recoverable | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/28/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.30 | $28.50 |
| Phone call and correspondence to Creel Law Group regarding transfer tax lien that is in default and referred to their firm for foreclosure. | | | | | |
| 12/04/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Call to Ovation Servicing to follow up on payoff statement for transfer tax lien | | | | | |
| 12/05/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Receive and review payoff statement from Transfer Tax Lienholder, Ovation Servicing | | | | | |
| 12/05/2018 | Associate Attorney Fee-Hourly-Recoverable Smith, Jonathan | Yes | $200.00 | 0.80 | $160.00 |
| Drafting Motion for Attorneys` Fees, its accompanying documents, and revising the Final Default Judgment to include granting of Attorneys` Fees as requested by court clerk. | | | | | |
| 12/05/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.40 | $38.00 |
| Prepare exhibits for motion for attorney fees | | | | | |

### TOTALS

| DESCRIPTION | AMOUNT |
|---|---|
| Total Hourly Fees Since Last Billing | $768.00 |
| Current Amount Due | $768.00 |

### TIMEKEEPER SUMMARY

| TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|
| Cronenwett, Mark | 0.30 | $60.00 |
| Duncan-Abraham, Janie | 2.10 | $199.50 |
| Green, Gordon | 1.60 | $320.00 |
| Smith, Jonathan | 0.80 | $160.00 |
| Taplin, Susan | 0.30 | $28.50 |

| Invoice Date |
|---|
| 04/18/2018 |

| Invoice Number |
|---|
| 226592 |

Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

RUSHMORE LOAN MANAGEMENT SERVICES, LLC
15480 Laguna Cyn Road, Suite 100
IRVINE, CA 92618

Loan No: ▮
Reference:
Property Addr: 117 CLEVELAND
MCGREGOR, TX 76657
Our File: 17-000153-316-2

Loan Type: HEL; Case Type: Litigation

BILLING SUMMARY:

### HOURLY FEES

| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/21/2017 | Associate Attorney Fee-Hourly Modric, Joseph | Yes | $200.00 | 1.90 | $380.00 |
| | Initial review of judicial foreclosure matter with unobtainable assignment; Analysis of title report; Conduct search of McLennan County public records for additional documents in support of claim; Preparation of email to AVT Title seeking assistance in obtaining additional records that are not available online; Notes to file. | | | | |
| 11/02/2017 | Associate Attorney Fee-Hourly Modric, Joseph | Yes | $200.00 | 0.20 | $40.00 |
| | Review case file for status; Notes to file. | | | | |
| 11/08/2017 | Paralegal Fee-Hourly Jackson, Erin | Yes | $95.00 | 0.40 | $38.00 |
| | Followup correspondence sent regarding previous request for clear copy of Note and copies of Notice of Default (Breach/ demand Letter) dated after 8/5/2016. Additional followup regarding private lender tax liens. | | | | |
| 01/09/2018 | Paralegal Fee-Hourly Jackson, Erin | Yes | $95.00 | 0.20 | $19.00 |
| | Paralegal Fee-Hourly, Review court case status on docket for deadlines and upcoming hearings. | | | | |
| 01/16/2018 | Associate Attorney Fee-Hourly Laurel, Melvin | Yes | $200.00 | 0.10 | $20.00 |
| | Review file and status. | | | | |
| 01/26/2018 | Associate Attorney Fee-Hourly Modric, Joseph | Yes | $200.00 | 0.20 | $40.00 |
| | Review case file; Preparation of case summary in Caseaware. | | | | |
| 02/04/2018 | Associate Attorney Fee-Hourly Green, Gordon | Yes | $200.00 | 0.80 | $160.00 |
| | Reviewed file and pleadings in assignment of file to new attorney. | | | | |

### TOTALS

| DESCRIPTION | AMOUNT |
|---|---|
| Total Hourly Fees Since Last Billing | $697.00 |
| Current Amount Due | $697.00 |

### TIMEKEEPER SUMMARY

| TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|

| Green, Gordon  | 0.80 | $160.00 |
| -------------- | ---- | ------- |
| Jackson, Erin  | 0.60 | $57.00  |
| Laurel, Melvin | 0.10 | $20.00  |
| Modric, Joseph | 2.30 | $460.00 |

| Green, Gordon  | 0.80 | $160.00 |
| -------------- | ---- | ------- |
| Jackson, Erin  | 0.60 | $57.00  |
| Laurel, Melvin | 0.10 | $20.00  |
| Modric, Joseph | 2.30 | $460.00 |

| Invoice Date |
|---|
| 09/24/2018 |

| Invoice Number |
|---|
| 242033 |

Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

Shellpoint Mortgage Servicing
2020 S. Dairy Ashford #200
Houston, TX 77077

Loan No █████████
Reference:
Property Addr: 117 CLEVELAND
MCGREGOR, TX 76657
Our File: 17-000153-316-2

Loan Type: HEL; Case Type: Litigation

BILLING SUMMARY:

| COSTS | | | |
|---|---|---|---|
| DATE | COST DESCRIPTION | RECOVERABLE | AMOUNT |
| 08/16/2018 | Filing Costs - Original Complaint- Recoverable | Yes | $400.00 |
| 09/15/2018 | Process Server Costs - Service On Janet Owens- Recoverable | Yes | $158.50 |

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 04/16/2018 | Senior Attorney Fee-Hourly- Recoverable Cronenwett, Mark | Yes | $200.00 | 1.20 | $240.00 |
| Review title issues. | | | | | |
| 05/10/2018 | Associate Attorney Fee-Hourly- Recoverable Green, Gordon | Yes | $200.00 | 0.20 | $40.00 |
| Contacted insurance company re: title claim | | | | | |
| 05/14/2018 | Paralegal Fee-Hourly- Recoverable Mullins, Nancy | Yes | $95.00 | 0.20 | $19.00 |
| Review court case status on docket for deadlines and upcoming hearings. | | | | | |
| 05/14/2018 | Associate Attorney Fee-Hourly- Recoverable Green, Gordon | Yes | $200.00 | 0.20 | $40.00 |
| Reviewed and analyzed file for update in status of litigation | | | | | |
| 05/31/2018 | Associate Attorney Fee-Hourly- Recoverable Green, Gordon | Yes | $200.00 | 0.40 | $80.00 |
| Reviewed documents provided by title company and discussed title issues | | | | | |
| 06/18/2018 | Associate Attorney Fee-Hourly- Recoverable Green, Gordon | Yes | $200.00 | 0.30 | $60.00 |
| Reviewed file for compliance with notice and status of litigation | | | | | |
| 06/22/2018 | Paralegal Fee-Hourly- Recoverable Mullins, Nancy | Yes | $95.00 | 0.20 | $19.00 |
| Review court case status on docket for deadlines and upcoming hearings. | | | | | |
| 06/25/2018 | Associate Attorney Fee-Hourly- Recoverable Green, Gordon | Yes | $200.00 | 0.20 | $40.00 |
| Analyze title issues after discussion with claims counsel | | | | | |
| 06/28/2018 | Associate Attorney Fee-Hourly- Recoverable Green, Gordon | Yes | $200.00 | 0.10 | $20.00 |
| Provided update in status of communications with title counsel | | | | | |

| Date | Description | Recoverable | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/28/2018 | Paralegal Fee-Hourly-Recoverable Mullins, Nancy | Yes | $95.00 | 0.20 | $19.00 |
| | ███████████████████████████████████████ | | | | |
| 07/03/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.30 | $60.00 |
| Reviewed claims letter from title company and determined next course of action | | | | | |
| 07/13/2018 | Paralegal Fee-Hourly-Recoverable Mullins, Nancy | Yes | $95.00 | 0.20 | $19.00 |
| | ███████████████████████████████████████ | | | | |
| 07/16/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.20 | $40.00 |
| Reviewed and analyzed file in preparation for client call | | | | | |
| 07/23/2018 | Paralegal Fee-Hourly-Recoverable Mullins, Nancy | Yes | $95.00 | 0.20 | $19.00 |
| Review case status for litigation matter. | | | | | |
| 07/26/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 3.00 | $600.00 |
| Drafted Original Complaint for foreclosure and reformation of DOT | | | | | |
| 07/27/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.60 | $120.00 |
| Revised Original Complaint for judicial foreclosure and reformation | | | | | |
| 07/31/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.20 | $40.00 |
| Conducted review of file for potential rescission of acceleration issues | | | | | |
| 08/07/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.20 | $40.00 |
| Reviewed status of authorization to reform deed as part of litigation | | | | | |
| 08/09/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.10 | $20.00 |
| Reviewed client's communication and prepared for filing accordingly | | | | | |
| 08/09/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.60 | $120.00 |
| Revised and prepared Original Complaint for filing | | | | | |
| 08/16/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Research and obtain SCRA results for each (2) defendants | | | | | |
| 08/16/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Research and obtain PACER results for each (2) defendants | | | | | |
| 08/16/2018 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $200.00 | 0.20 | $40.00 |
| Review and revise complaint. | | | | | |
| 08/21/2018 | Paralegal Fee-Hourly-Recoverable Goad, Brandie | Yes | $95.00 | 0.20 | $19.00 |
| Prepared Summons Request on Tom and Janet Owens | | | | | |
| 08/22/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence to process server to request personal service on defendants Janet Owns and Tom Owens. | | | | | |
| 08/27/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, | Yes | $95.00 | 0.20 | $19.00 |

| Date | Description | Recoverable | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Rec'd correspondence from process server advising Janet Owens does not live at property address (confirmed by Tom Owens) | | | | | |
| 08/27/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Receive and review correspondence from process server confirming Tom Owens has been served on 8/24/28. Return of service is being filed w/the court. | | | | | |
| 08/29/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Phone call from sister of Tom Owens, to discuss issues caused by legal description on our DOT. | | | | | |
| 08/29/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence to process server to advise we are researching to find alternate address for Janet Owens. | | | | | |
| 08/31/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.10 | $20.00 |
| Contacted borrower to discuss lawsuit | | | | | |
| 09/03/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.30 | $60.00 |
| Researched public records to find address of service for Defendant Janet Owens. | | | | | |
| 09/04/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence to process server to provide new address for Janet Owens | | | | | |
| 09/06/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.30 | $28.50 |
| Receive call from Janet Owens, named defendant to discuss citation and petition served on her. | | | | | |
| 09/06/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Receive and review correspondence from process server confirming Janet Owens was served at alternate address | | | | | |

| TOTALS | |
|---|---|
| DESCRIPTION | AMOUNT |
| Total Costs Since Last Billing | $558.50 |
| Total Hourly Fees Since Last Billing | $1,993.50 |
| Current Amount Due | $2552.00 |

| TIMEKEEPER SUMMARY | | |
|---|---|---|
| TIMEKEEPER | HOURS | AMOUNT |
| Cronenwett, Mark | 1.40 | $280.00 |
| Duncan-Abraham, Janie | 2.10 | $199.50 |
| Goad, Brandie | 0.20 | $19.00 |
| Green, Gordon | 7.00 | $1,400.00 |
| Mullins, Nancy | 1.00 | $95.00 |

| Invoice Date |
|---|
| 05/09/2018 |

| Invoice Number |
|---|
| 228859 |

Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

## INVOICE

RUSHMORE LOAN MANAGEMENT SERVICES, LLC
15480 Laguna Cyn Road, Suite 100
IRVINE, CA 92618

Loan No: ███████
Reference:
Property Addr: 117 CLEVELAND
MCGREGOR, TX 76657
Our File: 17-000153-316-2

Loan Type: HEL; Case Type: Litigation

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 03/13/2018 | Paralegal Fee-Hourly-Recoverable Mullins, Nancy | Yes | $95.00 | 0.20 | $19.00 |
| Sent Title Demand letter with exhibits via Certified Mail to First American Title Insurance. Company. | | | | | |
| 03/21/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.10 | $20.00 |
| Reviewed correspondence from insurance company re: title claim | | | | | |
| 03/27/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.10 | $20.00 |
| Reviewed letter from insurance company re: receipt of title claim | | | | | |
| 04/03/2018 | Hourly Attorney Fees Escobedo, Rosalie | N/A | $95.00 | 0.20 | $19.00 |
| Reviewed case status. | | | | | |
| 04/12/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.20 | $40.00 |
| Reviewed file and pleadings for update in status of title demand. | | | | | |
| 04/16/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.20 | $40.00 |
| Analyze title issues and communicate those issues to client. | | | | | |

| TOTALS | |
|---|---|
| DESCRIPTION | AMOUNT |
| Total Hourly Fees Since Last Billing | $158.00 |
| Current Amount Due | $158.00 |

| TIMEKEEPER SUMMARY | | |
|---|---|---|
| TIMEKEEPER | HOURS | AMOUNT |
| Escobedo, Rosalie | 0.20 | $19.00 |
| Green, Gordon | 0.60 | $120.00 |
| Mullins, Nancy | 0.20 | $19.00 |

| Invoice Date |
|---|
| 11/13/2018 |

| Invoice Number |
|---|
| 246322 |

Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

### INVOICE

Shellpoint Mortgage Servicing
2020 S. Dairy Ashford #200
Houston, TX 77077

Loan No: ▮▮▮▮▮▮▮▮
Reference:
Property Addr: 117 CLEVELAND
MCGREGOR, TX 76657
Our File: 17-000153-316-2

Loan Type: HEL; Case Type: Litigation

BILLING SUMMARY:

| COSTS | | | |
|---|---|---|---|
| DATE | COST DESCRIPTION | RECOVERABLE | AMOUNT |
| 10/05/2018 | Process Server Costs - Tom Owens served 8/24/18-Recoverable | Yes | $158.50 |

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 09/06/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.30 | $60.00 |
| Reviewed/analyzed title docs from Defendant | | | | | |
| 09/06/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.20 | $40.00 |
| Assessed future action to be taken re: Defendant's divorce docs | | | | | |
| 09/11/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Receive and review Special Warranty Deed from Janet to Tom (per divorce) | | | | | |
| 09/14/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Receive call from Janet Shockley (Owens), advising she has filed the revised Quit Claim Deed, and has asked be non-suited from case. | | | | | |
| 09/17/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.30 | $60.00 |
| Reviewed quit-claim deed and assessed future action as to ex-wife | | | | | |
| 09/20/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.20 | $40.00 |
| Communicated with counsel for Janet Owens re: agreed order | | | | | |
| 09/20/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.20 | $40.00 |
| Drafted Rule 11 agreement and sent to opposing counsel | | | | | |
| 09/24/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.80 | $160.00 |
| Drafted Motion for Agreed Entry of Order | | | | | |
| 10/02/2018 | Associate Attorney Fee-Hourly- | Yes | $200.00 | 0.20 | $40.00 |

| | | | | | |
|---|---|---|---|---|---|
| Communicated with opposing counsel re: motion for entry of agreed order | | | | | |
| 10/12/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.20 | $40.00 |
| Responded to request for advisement re: suit to compel tax payoff | | | | | |
| 10/16/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.20 | $40.00 |
| Reviewed signed Order provided by counsel for Janet Owens | | | | | |
| 10/17/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Finalize Agreed Order as to Plaintiff and Defendant Janet Owens, and sent for filing. | | | | | |
| 10/29/2018 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $200.00 | 0.20 | $40.00 |
| Receipt and review court's signed agreed foreclosure order as to Janet Owens. | | | | | |
| 11/01/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Review file to determine status of case. , Review court case status on docket for deadlines and upcoming hearings. | | | | | |
| 11/01/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 1.00 | $200.00 |
| Began drafting Motion for Default Judgment against Defendant Tom Owens. | | | | | |
| 11/01/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.40 | $80.00 |
| Reviewed transfer tax file to assess future action and whether new litigation matter is warranted | | | | | |
| 11/05/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.20 | $40.00 |
| Reviewed and analyzed file to provide case strategy to client. | | | | | |
| 11/05/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $200.00 | 0.20 | $40.00 |
| Communicated with opposing counsel regarding entry of the Agreed Order. | | | | | |

| TOTALS | |
|---|---|
| DESCRIPTION | AMOUNT |
| Total Costs Since Last Billing | $158.50 |
| Total Hourly Fees Since Last Billing | $996.00 |
| Current Amount Due | $1154.50 |

| TIMEKEEPER SUMMARY | | |
|---|---|---|
| TIMEKEEPER | HOURS | AMOUNT |
| Cronenwett, Mark | 0.20 | $40.00 |
| Duncan-Abraham, Janie | 0.80 | $76.00 |
| Green, Gordon | 4.40 | $880.00 |